UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ERIC P MCCLAIN #391003 | CASE NO. 6:17-CV-01643 SEC P |
| VERSUS | JUDGE JUNEAU |
| DARREL VANNOY | MAGISTRATE JUDGE WHITEHURST |

## PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Federal Claims 1, 2, 4, 9 & 10 are **DENIED** and **DISMISSED WITH PREJUDICE**.

THUS DONE in Chambers on this 8th day of February, 2019.

Michael J. Juneau
United States District Judge